

## NUMBER 13-08-00026-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF I.E. AND A.M.V., CHILDREN

### On Appeal from the County Court at Law No. 5
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Timothy Austin Friscia, perfected an appeal from a judgment and order denying venue entered by the County Court at Law No. 5 of Nueces County, Texas, in cause number 07-61208-5. Appellant has filed a motion to withdraw his notice of appeal on grounds that he no longer desires to pursue his appeal.

The Court, having considered the documents on file and appellant's motion to withdraw his notice of appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion is GRANTED, and the appeal is hereby

DISMISSED.  Costs are taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM



Memorandum Opinion delivered
and filed this the 6th day of March, 2008.